IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE:  Woodbridge Group of Companies, LLC et al.

| | |
|---|---|
| Contrarian Funds, LLC | |
| Appellant, | Civil Action No. 18-996 UNA |
| v. | |
| Woodbridge Group of Companies, LLC, et al., Official Committee of Unsecured Creditors, Official Ad Hoc Committee Unitholders, and Ad Hoc Noteholder Group, | Bankruptcy Case No. 17-12560-KJC<br>BAP No. 18-37 |
| Appellees. | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 6/20/2018 was docketed in the District Court on 7/3/2018:

**Opinion and Order Sustaining Contrarian Funds, LLC's Proof of Claim No. 1216 Order Amending Opinion and Order Issued on June 20, 2018 to Correct Typographical Errors**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office.  Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

John A. Cerino
Clerk of Court

Date:  July 3, 2018
CC.    U.S. Bankruptcy Court
       Counsel via CM/ECF