### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

IN RE:  Woodbridge Group of Companies, LLC et al.

---

| | | |
|---|---|---|
| Contrarian Funds, LLC | ) | |
| | ) | |
| Appellant, | ) | Civil Action No. 18-996 LPS |
| | ) | |
| v. | ) | |
| | ) | |
| Woodbridge Group of Companies, LLC, et al. | ) | Bankruptcy Case No. 17-12560-KJC |
| Official Committee of Unsecured Creditors, | ) | BAP No. 18-37 |
| Official Ad Hoc Committee Unitholders, and | ) | |
| Ad hoc Noteholder Group | ) | |
| | ) | |
| Appellees. | | |

### CONTRARIAN FUNDS LLC'S
### STATEMENT OF ISSUES AND DESIGNATION OF RECORD OF APPEAL

Contrarian Funds, LLC ("**Contrarian**"), a holder of claims against the Debtors in the above-captioned cases, by and through its undersigned counsel, hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following statement of issues to be presented and designation of items to be included in the record on appeal from the Order (the "**Order**") of the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") dated June 20, 2018 [Dkt. No 2016], sustaining the *Debtors' Objection to Proof of Claim 1216* (the "**Claim Objection**") [Dkt. 1563].

**I.       Statement of the Issues to be Presented on Appeal**

1.       Whether the Bankruptcy Court erred in finding that the anti-assignment clause (the "**Anti-Assignment Clause**") contained in certain promissory notes (the "**Notes**") assigned to Contrarian (the "**Note Transfer**") from Elissa and Joseph Berlinger prohibited the assignment of claims, causes of action, and rights to distributions under the Notes

notwithstanding the plain language of the Notes, which only purports to prohibit the transfer of the Notes themselves.

        2.     Whether the Bankruptcy Court erred in finding that the Anti-Assignment Clause renders the Note Transfer void notwithstanding the Debtors' material breach of the terms of the Notes.

        3.     Whether the Bankruptcy Court erred in finding that the Anti-Assignment Clause renders the Note Transfer void notwithstanding the plain language of section 9-408 of the Uniform Commercial Code (Del Code Ann. tit. 6 § 9-408), which limits restrictions of the assignment of security interests.

## II.    Designation of Record on Appeal

Contrarian hereby designates the following items to be included in the record on appeal, together with all exhibits, attachments and documents incorporated by reference therein.

*In re Woodbridge Group of Companies, LLC, et al.*, **17-12560** (**KJC**)

| Item No. | Docket No. | Document Description | Doc Date |
| --- | --- | --- | --- |
| 1. | 1 | Chapter 11 Voluntary Petition | 12/04/17 |
| 2. | 12 | Declaration of Lawrence R. Perkins in Support of the Debtors' Chapter 11 Petitions and Requests for First Day Relief | 12/04/17 |
| 3. | 79 | Notice of Appointment of Creditors' Committee | 12/14/17 |
| 4. | 85 | Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee Of Noteholders | 12/14/17 |
| 5. | 150 | Emergency Motion for Appointment of Chapter 11 Trustee /Emergency Motion of Official Committee of Unsecured Creditors for Entry of an Order Directing the Appointment of a Chapter 11 Trustee Pursuant to 11 U.S.C. Section 1104 | 12/28/17 |
| 6. | 157 | Motion for Appointment of Chapter 11 Trustee | 01/02/18 |
| 7. | 198 | Joinder of Additional Noteholders to Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders | 01/03/18 |

*In re Woodbridge Group of Companies, LLC, et al.*, 17-12560 (KJC)

| Item No. | Docket No. | Document Description | Doc Date |
|---|---|---|---|
| 8. | 240 | Objection to Motions of (I) Official Committee of Unsecured Creditors and (II) The U.S. Securities and Exchange Commission for Entry of an Order Directing the Appointment of a Chapter 11 Trustee | 01/08/18 |
| 9. | 250 | Motion to Approve /Motion of the Ad Hoc Committee of Unitholders of Woodbridge Mortgage Investment Fund Entities Pursuant to 11 U.S.C. § 1102(a)(2) Directing Appointment of an Official Committee of Unitholders | 01/08/18 |
| 10. | 284 | Transcript regarding Hearing Held 1/10/2018 RE: Motion to Appoint Chapter 11 Trustee | 01/11/18 |
| 11. | 288 | Objection of the Official Committee of Unsecured Creditors to Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Pursuant to Section 1102(a)(2) of the Bankruptcy Code Directing the Appointment of an Official Committee of Noteholders | 01/15/18 |
| 12. | 357 | Order Approving the Consensual Resolution of (A) Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Directing the Appointment of an Official Committee of Noteholders, (B) Emergency Motion of Official Committee of Unsecured Creditors for Energy of an Order Directing the Motion by the U.S. Securities and Exchange Commission for Order Directing the Appointment of a Chapter 11 Trustee, (D) Joinder Additional Noteholders to Motion of the Ad Hoc Committee of Holders of Promissory Notes of Woodbridge Mortgage Investment Fund Entities and Affiliates Directing the Appointment of an Official Committee of Noteholders, and (E) Motion of the Ad Hoc Committee of Unitholders of Woodbridge Mortgage Investment Fund Entities Directing Appointment of an Official Committee of Unitholders | 01/23/18 |
| 13. | 469 | Transcript regarding Hearing Held 1/19/2018 RE: Emergency Motion Of the Official Committee Of Unsecured Creditors For Entry Of An Order Directing The APPontment [sic] Of A Chapter 11 Trustee | 02/02/18 |
| 14. | 470 | Notice of Formation of Ad Hoc Noteholder Group Pursuant to January 23, 2018, Order (D.I. 357) | 02/02/18 |
| 15. | 799 | Notice Regarding Transfers of Units or Notes | 03/21/18 |
| 16. | 828 | Notice of Submission of Summary Plan Term Sheet Entered into by the Debtors, the Official Committee of Unsecured Creditors, the Ad Hoc Noteholder Group, and the Ad Hoc Unitholder Group | 03/27/18 |
| 17. | 887 | Entry of Appearance and Request for Notices and Service of Papers on behalf of Contrarian Funds, LLC | 04/03/18 |
| 18. | 890 | Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes Against the Debtors | 04/03/18 |
| 19. | 954 | Notice of Rule 30(b)(6) Deposition of Contrarian Funds, LLC | 04/10/18 |

*In re Woodbridge Group of Companies, LLC, et al.*, 17-12560 (KJC)

| Item No. | Docket No. | Document Description | Doc Date |
|---|---|---|---|
| 20. | 1563 | Debtors' (I) Objection to Proof of Claim No. 1216 Asserted By Putative Transferee Contrarian Funds, LLC Without Prejudice to Right of Putative Transferors Elissa and Joseph Berlinger to Assert Such Claim; and (II) Request for a Limited Waiver of Local Rule 3007-1(f)(iii), to the Extent Such Rule May Apply | 04/16/18 |
| 21. | 1585 | Motion to Quash of Contrarian Funds, LLC | 04/18/18 |
| 22. | 1586 | Motion to Shorten Notice with Respect to Motion to Quash of Contrarian Funds, LLC | 04/18/18 |
| 23. | 1593 | Debtors': (I) Response to Motion to Shorten Notice with Respect to Motion to Quash of Contrarian Funds, LLC; and (II) Cross-Motion for Continuance of Hearing on Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes Against the Debtors | 04/19/18 |
| 24. | 1598 | The Official Committee of Unsecured Creditors' Joinder and Statement in Support of Debtors' (I) Response to Motion to Shorten Notice With Respect to Motion to Quash of Contrarian Funds, LLC; and (II) Cross-Motion for Continuance of Hearing on Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes Against the Debtors | 04/19/18 |
| 25. | 1599 | Notice of Deadlines for Filing of Proofs of Claim and Proofs of Interest | 04/20/18 |
| 26. | 1610 | Joinder of the Official Ad Hoc Committee of Unitholders to (A) The Debtors' (I) Response to Motion to Shorten Notice with Respect to Motion to Quash of Contrarian Funds, LLC, and (II) Cross-Motion for Continuance of Hearing on Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes Against the Debtors; and (B) The Official Committee of Unsecured Creditors' Joinder and Statement in Support Thereof | 04/23/18 |
| 27. | 1656 | Debtors' Objection to Motion to Quash of Contrarian Funds, LLC | 04/26/18 |
| 28. | 1657 | Joinder of the Official Ad Hoc Committee of Unitholders to Debtors' Objection to Motion to Quash of Contrarian Funds, LLC | 04/26/18 |
| 29. | 1696 | The Official Committee of Unsecured Creditors' Joinder and Statement in Support of Debtors' Objection to Motion to Quash of Contrarian Funds, LLC | 04/30/18 |
| 30. | 1714 | Transcript regarding Hearing Held 5/1/2018 | 05/09/18 |
| 31. | 1818 | Agreed Scheduling Order Regarding Contrarian's Note Motion and the Debtors' Claim Objection, and Order on Motion to Shorten and Motion to Quash | 05/17/18 |
| 32. | 1826 | Contrarian Funds LLC's Response to Debtors' Objection to Proof of Claim 1216 | 05/18/18 |

*In re Woodbridge Group of Companies, LLC, et al.*, 17-12560 (KJC)

| Item No. | Docket No. | Document Description | Doc Date |
|---|---|---|---|
| 33. | 1894 | Debtors' Reply (I) to Contrarian Funds LLC's Response to Debtors' Objection to Proof of Claim 1216, and (II) in Further Support the Debtors' Claim Objection | 05/31/18 |
| 34. | 1897 | Notice of Filing of Exhibit A to Debtors' Reply (I) to Contrarian Funds LLC's Response to Debtors' Objection to Proof of Claim 1216, and (II) in Further Support of the Debtors' Claim Objection | 05/31/18 |
| 35. | 1900 | Statement of the Ad Hoc Noteholder Group Regarding (I) Debtors' Objection to Proof of Claim 1216 and (II) Contrarian Funds LLC's Response Thereto | 06/01/18 |
| 36. | 1907 | Statement of the Official Ad Hoc Committee of Unitholders in Support of Debtors' Reply (I) to Contrarian Funds LLC's Response to Debtors' Objection to Proof of Claim 1216, and (II) in Further Support of the Debtors' Claim Objection. | 06/01/18 |
| 37. | 1910 | Joinder of the Official Committee of Unsecured Creditors to the Debtors' Reply (I) to Contrarian Fund LLC's Response to Debtors' Objection to Proof of Claim 1216 and (II) in Further Support of Debtors' Objection | 06/03/18 |
| 38. | 1926 | Statement of Argo Partners Regarding (I) Debtors' Objection to Proof of Claim 1216; (II) Contrarian Funds LLC's Response Thereto; and (III) Motion of Contrarian Funds, LLC for Authority to Acquire Promissory Notes Against the Debtors | 06/04/18 |
| 39. | 1976 | Transcript regarding Hearing Held 6/5/2018 | 06/14/18 |
| 40. | 1995 | Further Notice Regarding Transfer of Units or Notes | 06/19/18 |
| 41. | 2014 | Opinion | 06/20/18 |
| 42. | 2016 | Order | 06/20/18 |
| 43. | 2043 | Order Amending Opinion And Order Issues On June 20, 2018 To Correct Typographical Errors | 06/25/18 |
| 44. | 2078 | Notice of Appeal | 07/03/18 |
| 45. | 2081 | Appeal Transmittal Sheet | 07/03/18 |
| 46. | 2081 | Clerk's Notice Regarding Filing of Appeal | 07/03/18 |
| 47. | 2088 | Notice of Docketing | 07/05/18 |

Dated: July 17, 2018
       Wilmington, Delaware

| | |
|---|---|
| **BIELLI & KLAUDER, LLC** | **KRAMER LEVIN NAFTALIS AND FRANKEL LLP** |
| */s/ David M. Klauder* | |
| David M. Klauder, Esq. (No. 5769) | P. Bradley O'Neill, Esq. |
| 1204 N. King Street | Philip Guffy, Esq. |
| Wilmington, DE 19801 | 1177 Avenue of the Americas |
| Phone: (302) 803-4600 | New York, New York 10036 |
| Fax: (302) 397-2557 | Phone: (212) 715-9100 |
| Email: dklauder@bk-legal.com | Fax: (212) 715-8000 |
| | boneill@kramerlevin.com |
| | pguffy@kramerlevin.com |

**HALPERIN BATTAGLIA BENZIJA, LLP**

Alan D. Halperin, Esq.
Debra J. Cohen, Esq.
40 Wall Street, 37th Floor
New York, New York 10005
Phone: (212) 765-9100
Fax: (212) 765-0964
ahalperin@halperinlaw.net
dcohen@halperinlaw.net

*Counsel to Contrarian Funds, LLC*