IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| In re: WOODBRIDGE GROUP OF COMPANIES, LLC., ET AL., | ) ) ) ) ) ) ) ) ) | Chapter 11<br>Bk. No. 17-12560 (KJC)<br>BAP No. 18-37 |
|---|---|---|
| Debtors. | | |
| CONTRARIAN FUNDS, LLC, | ) ) ) ) ) ) ) | |
| Appellant, | | |
| v. | ) ) ) ) ) ) ) ) ) | Civ. No. 18-996-LPS |
| WOODBRIDGE GROUP OF COMPANIES, ET AL., | | |
| Appellees. | | |

## **RECOMMENDATION**

At Wilmington this **13th day** of **August , 2018**.

WHEREAS, pursuant to paragraph 2(a) of the Procedures to Govern Mediation of Appeals from the United States Bankruptcy Court for this District dated September 11, 2012, the court conducted an initial review, which included information from counsel, to determine the appropriateness of mediation in this matter;

WHEREAS, as a result of the above screening process, the court was informed that efforts are being made to resolve this matter, and the parties wish to delay mediation with this Court. If the parties are unable to reach a resolution, they shall so

advise and may proceed with mediation in this matter in this Court dependant on their prior efforts.  They further request that briefing on the appeal proceed and request following briefing schedule during settlement efforts.  Their proposed briefing schedule is as follows:

| | |
|---|---|
| Appellant's Opening Brief | September 10, 2018 |
| Appellee's Opposition Brief | October 15, 2018 |
| Appellant's Reply Brief | October 29, 2018 |

THEREFORE, IT IS RECOMMENDED that, this matter proceed through the appellate process of this Court, but allow the parties to continue with mediation with this Court.  Since this Recommendation is consistent with the parties' request, no objections are expected to be filed pursuant to 28 U.S.C. § 636(b)(1)(B), FED. R. CIV. P. 72(a) and D. DEL. LR 72.1.

Local counsel are obligated to inform out-of-state counsel of this Order.

/s/ Mary Pat Thynge
Chief U.S. Magistrate Judge Mary Pat Thynge