IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> WOODBRIDGE GROUP OF COMPANIES, LLC *et al.*, <br><br> Debtors. | CHAPTER 11 <br><br> Case No. 17-12560-KJC <br><br> Jointly Administered |
| CONTRARIAN FUNDS, LLC, <br><br> Appellant, <br> v. <br> WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, <br><br> Appellees. | Appeal from the Bankruptcy Court <br><br> Civil Action No. 18-996-LPS |

## STIPULATION TO EXTEND BRIEFING SCHEDULE

WHEREAS, on July 3, 2018, Contrarian Funds, LLC ("**Contrarian**") filed a notice of appeal from the order of the Bankruptcy Court for the District of Delaware sustaining the objection of the Woodbridge Group of Companies, LLC (the "**Debtors**") to proof of claim no. 1216 filed by Contrarian;

WHEREAS, on August 13, 2018, pursuant to the Court's Standing Order dated September 11, 2018 and Chief Magistrate Judge Mary Pat Thynge's oral order dated July 18, 2018, Contrarian and the Debtors delivered a joint submission to Judge Thynge advising her that the parties were engaged in settlement discussions and requesting that the appellant's opening brief be due on September 10, 2018, the appellee's opposition brief be due October 15, 2018, and appellant's reply brief be due on October 29, 2018;

KL2 3088794.1

WHEREAS, on August 13, 2018, Judge Thynge issued a recommendation adopting the proposed briefing schedule; and

WHEREAS, Contrarian and the Debtors have continued to engage in settlement discussions and believe that additional time may result in a consensual resolution of the issues on appeal.

NOW, THEREFORE, Contrarian and the Debtors stipulate and jointly request that the briefing schedule be extended by two weeks as follows:

- Appellant's opening brief shall be due September 24, 2018
- Appellee's brief in opposition shall be due October 29, 2018
- Appellant's reply brief shall be due November 12, 2018
- Dated: August 31, 2018
- Wilmington, Delaware

**BIELLI & KLAUDER, LLC**

/s/ David M. Klauder
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: 302-803-4600
Fax: 302-397-2557
Email: dklauder@bk-legal.com

**KRAMER LEVIN NAFTALIS AND FRANKEL LLP**

P. Bradley O'Neill (*pro hac vice*)
Philip M. Guffy (*pro hac vice*)
1177 Avenue of the Americas
New York, New York 10036
Phone: 212-715-9100
Fax: 212-715-8000
boneill@kramerlevin.com
pguffy@kramerlevin.com

**HALPERIN BATTAGLIA BENZIJA, LLP**

Alan D. Halperin
Debra J. Cohen
40 Wall Street, 37th Floor
New York, New York 10005
Phone: 212-765-9100
Fax: 212-765-0964
ahalperin@halperinlaw.net
dcohen@halperinlaw.net

- 3 -

*Counsel for Appellants Contrarian Funds, LLC*
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ Edmon L. Morton*
Sean M. Beach (No. 4070)
Edmon L. Morton (No. 3856)
Michael M. Neiburg (No. 5275)
Ian J. Bambrick (No. 5455)
1000 North King Street
Wilmington, Delaware 19801
Phone: 302-571-6600
sbeach@ycst.com

**KLEE, TUCHIN, BOGDANOFF & STERN LLP**

David M. Stern (*pro hac vice*)
Robert J. Pfister (*pro hac vice*)
1999 Avenue of the Stars, 39th Floor
Los Angeles, California 90067
Phone: 310-407-4025
Fax: 310-407-9090
dstern@ktbslaw.com
rpfister@ktbslaw.com

*Counsel for Appellees Debtors*

SO ORDERED

_____ 9/4/18
Chief U.S. Magistrate Judge Mary Pat Thynge

- 3 -